UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOHAN NARAIN,

                **Plaintiff,**

-against-

BELCORSO JEWELRY MANUFACTURING
CO., INC.

                **Defendant.**
-----------------------------------------------------------------X

19-CV-10110 (LTS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 31, 2019, plaintiff filed a complaint against Defendant Belcorso Jewelry Manufacturing Co., Inc. Under Federal Rule of Civil Procedure 4(m), service was required within 90 days of the issuance of summons, or by January 29, 2020. Nothing on the docket reflects that service was made within this time.

By February 4, 2020, the plaintiff shall submit a letter explaining whether he has served the defendant and, if not, the basis for failing to do so within the time period required. If the plaintiff has failed to serve the defendant within the time required and cannot establish good cause for such failure, the Court may dismiss the case without prejudice. See Meilleur v. Strong, 682 F.3d 56. 62 (2d Cir. 2012); Fed. R. Civ. P. 4(m).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 31, 2020
              New York, New York