UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOHAN NARAIN,

                       **Plaintiff,**

         -against-

BELCORSO JEWELRY MANUFACTURING
CO., INC.

                       **Defendant.**

-----------------------------------------------------------------X

**19-CV-10110 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2020

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on May 4, 2020, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on May 21, 2020. ECF No. 21. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 15, 2020
                New York, New York